## THIRD DEPARTMENT, AUGUST, 1983

### (August 2, 1983)

■ In the Matter of KINGSLEY THOMAS, Petitioner, v IRAD S. INGRAHAM, as Judge of Family Court of Chenango County, et al., Respondents. — Application, pursuant to CPLR article 78, for judgment in the nature of mandamus, denied, and petition dated February 23, 1983, dismissed. Petitioner's remedy is to appeal from an order entered upon the determination of the Chenango County Family Court (CPLR 7801, subd 1). Mahoney, P. J., Sweeney, Kane, Main and Weiss, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WAYNE HARGROVE, Petitioner, v NEW YORK STATE BOARD OF PAROLE, Respondent. — Application, pursuant to CPLR 7002 (subd [b], par 2), for writ of habeas corpus, denied, upon the ground that the proper way to enforce an order of Special Term is by way of application directed to that court. Mahoney, P. J., Sweeney, Kane, Main and Casey, JJ., concur.